UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| STEPHEN HOLLIDAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV623-051 |
| | ) | |
| BOBBY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 7), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff's Complaint is **DISMISSED**. (Doc. no. 1.) The Clerk is **DIRECTED** to close this case.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA